UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-21923-CIV-JORDAN

| | |
|---|---|
| KHALILAH M. MENDEZ, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| AEGIS RECEIVABLES MANAGEMENT, INC., and LVNV FUNDING, LLC, | ) ) ) |
| Defendants | ) ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties filed a notice of settlement [D.E. 15] on October 22, 2009 which stated that a notice of voluntary dismissal would be filed within ten days. In addition, the October 28, 2009 order [D.E. 16] directed the parties to file a notice of voluntary dismissal no later than November 1, 2009. The parties have failed to comply with either of these deadlines. Pursuant to the parties' settlement, this case is dismissed without prejudice, each party to bear its own costs and fees. This dismissal may be converted into one *with* prejudice if the parties file a stipulation so indicating by no later than November 23, 2009.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of November, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Magistrate Judge McAliley